IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEON D. PENDLETON,

    Petitioner,

v.

LOUIS WILLIAMS, II,

    Respondent.

ORDER

Case No. 17-cv-434-wmc

    Petitioner Keon D. Pendleton seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has submitted an inmate account statement, which I construe as petitioner's request for leave to proceed without prepayment of the filing fee. (Dkt. #3). However, the court cannot consider petitioner's request because the inmate account statement does not cover the six-months preceding the filing of the habeas petition, which is required to determine petitioner's eligibility for indigent status. For this case to move forward, petitioner must either pay the $5 filing fee or submit a certified inmate account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this habeas corpus petition. If petitioner does not submit either the $5 filing fee or a trust fund account statement before June 28, 2017, the court will assume that petitioner wishes to withdraw this action voluntarily and will dismiss the petition.

ORDER

IT IS ORDERED that:

    1.    No later than June 28, 2017, petitioner Keon D. Pendleton shall pay the $5 filing fee or submit a certified copy of petitioner's inmate account statement for the six-month

period from the date of the habeas petition (November 22, 2016 through at least May 22, 2017).

    2.    If petitioner fails to pay the $5 filing fee, comply as directed, or show cause for failure to do so, the court will assume the petitioner wishes to withdraw this petition.

Entered this 6th day of June, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge