IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEON PENDLETON,

    Petitioner,

v.

                                      Case No. 17-cv-434-wmc

LOUIS WILLIAMS, II,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent Louis Williams against petitioner Keon Pendleton denying petitioner's application under 28 U.S.C. § 2241.

| /s/ | 11/1/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |